UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN HARTY,

    Plaintiff,                              CASE NO: 6:11-cv-1451-ORL-28GJK

vs.

TEMCO ENTERPRISES, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, OWEN HARTY, and Defendant, TEMCO ENTERPRISES, INC., by and through their respective undersigned counsel, having entered into a Settlement Agreement, hereby stipulate and agree as follows:

1.    This action is hereby dismissed with prejudice, each party bearing its own attorneys fees and costs except as otherwise provided in the Settlement Agreement; and,

2.    The Court shall enter its Order dismissing this case with prejudice and shall retain jurisdiction for the purpose of enforcing the terms of this Joint Stipulation of Settlement and Dismissal with Prejudice.

| DATED this ___ day of October, 2011 | DATED this 17th day of ~~October~~ November, 2011 |
|---|---|
| Philip Michael Cullen, III, Esq.<br>cullen@thomasbaconlaw.com<br>Florida Bar No. 167853<br>Thomas B. Bacon, P.A.<br>621 South Federal Highway, Suite 4<br>Fort Lauderdale, FL 33301<br>954-462-0600 (Phone)<br>954-462-1717 (Fax)<br>*Attorneys for Plaintiff* | Brian T. McElfatrick<br>bmcelfatrick@bushross.com<br>Florida Bar No. 0149950<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>Post Office Box 3913<br>Tampa, FL 33601-3913<br>Tel.: 813/224-9255<br>Fax: 813/223-9620<br>*Attorneys for Temco Enterprises, Inc.* |