# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OWEN HARTY,**

        **Plaintiff,**

-vs-                                   **Case No. 6:11-cv-1451-Orl-28GJK**

**TEMCO ENTERPRISES, INC.,**

        **Defendant.**

___

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Settlement and Dismissal with Prejudice (Doc. No. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. The Court retains jurisdiction for the purpose of enforcing the terms of Settlement. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record